IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE MOODY, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:19cv731-MHT |
| **JD HAMILTON PROPERTIES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is granted.

DONE, this the 4th day of October, 2019.

  /s/ Myron H. Thompson  
  **UNITED STATES DISTRICT JUDGE**