IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE MOODY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv731-MHT |
| ) | (WO) |
| JD HAMILTON PROPERTIES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Because this case has been pending for over three years and there has been no activity, even after purported service on the defendant, it is ORDERED that plaintiff show cause, if any there be, in writing by June 9, 2023, as to why this case should not be dismissed without prejudice because of want of prosecution. Plaintiff is informed that if he fails to respond by June 9, 2023, the court will dismiss this case without prejudice.

DONE, this the 26th day of May, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE