IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE MOODY, JR., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JD HAMILTON PROPERTIES, )<br>LLC, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:19cv731-MHT<br>(WO) |

## DISMISSAL ORDER

Upon consideration of plaintiff's motion for voluntary dismissal (Doc. 8), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 20th day of June, 2023.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**